UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
AMALGAMATED UNION LOCAL 298
HEALTH BENEFIT FUND I, et al.,

                Plaintiffs,

    -against-

ADMIRAL PHOTO OFFSET CO., INC., et al.,

                Defendants.
---------------------------------------------------------------- x

**ORDER**
06-CV-488 (NG) (SMG)

**GERSHON, United States District Judge:**

No objections having been filed, the unopposed Report and Recommendation of Judge Steven M. Gold is hereby adopted in its entirety. The case is dismissed for failure to prosecute. The Clerk of Court is directed to close this case.

                SO ORDERED.

              s/NG
              _____
              NINA GERSHON
              United States District Judge

Dated: September 15, 2008
       Brooklyn, New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 18 2008 ★
BROOKLYN OFFICE

D/F